UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| BARBARA TABOR | CIVIL ACTION NO. 14-2374 |
| VERSUS | JUDGE ROBERT G. JAMES |
| MADISON PARISH HOSPITAL SERVICE DISTRICT, ET AL | MAGISTRATE JUDGE HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion to Dismiss [Doc. No. 13] is **GRANTED IN PART** and **DENIED IN PART.** To the extent that Defendant sought dismissal pursuant to Federal Rule of Civil Procedure 17(b)(1), the motion is **GRANTED,** and Plaintiff's claims against Defendant Thomas Joe Williams are **DISMISSED WITH PREJUDICE**. The motion is otherwise **DENIED**.

MONROE, LOUISIANA, this 13th day of April, 2015.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE