UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| **BARBARA TABOR** | * | **CIVIL ACTION NO. 14-2374** |
| **VERSUS** | * | **JUDGE ROBERT G. JAMES** |
| **MADISON PARISH HOSPITAL SERVICE DISTRICT, ET AL.** | * | **MAG. JUDGE KAREN L. HAYES** |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED that Defendants' Motion to Dismiss [Doc. No. 36][1] is hereby DENIED.

MONROE, LOUISIANA, this 14th day of September, 2015.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE

---

[1] Defendants' alternative request for sanctions contained in this same motion has already been ruled on by Magistrate Judge Hayes. [Doc. No. 48].