UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **BARBARA TABOR** | **CIVIL ACTION NO. 14-2374** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **MADISON PARISH HOSPITAL SERVICE DISTRICT, ET AL** | **MAGISTRATE JUDGE HAYES** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered [Doc. No. 27], no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion to Dismiss [Doc. No. 23] is **GRANTED**, and Plaintiff's claims against Defendant James D. "Buddy" Caldwell are **DISMISSED WITH PREJUDICE.**

MONROE, LOUISIANA, this 30th day of October, 2015.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE