UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| **BARBARA TABOR** | * | **CIVIL ACTION NO. 14-2374** |
| **VERSUS** | * | **JUDGE ROBERT G. JAMES** |
| **MADISON PARISH HOSPITAL SERVICE DISTRICT, ET AL** | * | **MAG. JUDGE KAREN L. HAYES** |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the "Rule 12(c) Motion for Judgment on the Pleadings Filed on Behalf of Defendants Johnny Ford, Sandra Smith, Tom Bartholomew, and Scott Barrilleaux" [Doc. No. 41] is hereby **GRANTED**, and Plaintiff's claims against said Defendants are **DISMISSED WITH PREJUDICE**.

**MONROE, LOUISIANA**, this 5th day of February, 2016.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE